**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE BRCA1 AND BRCA2-BASED )
HEREDITARY CANCER TEST PATENT ) MDL NO. 2510
LITIGATION )
)

---

**MYRIAD'S RULE 11.1 STATEMENT OF REASONS WHY ORAL ARGUMENT**
**SHOULD BE HEARD**

---

Pursuant to Rule 11.1(b) of the Rules of Procedure of the United States Judicial Panel for Multidistrict Litigation, Movants University of Utah Research Foundation, the Trustees of the University of Pennsylvania, HSC Research and Development Limited Partnership, Endorecherche, Inc., and Myriad Genetics, Inc. respectfully request oral argument on their Motion for Transfer of Actions to the District of Utah, Pursuant to 28 U.S.C. § 1407, For Coordinated or Consolidated Pretrial Proceedings.

One Opponent, Counsyl, Inc., has already requested oral argument. Movants request the opportunity to respond to any arguments advanced by Counsyl or any of the other Opponents at oral argument. Movants further submit that oral argument would assist the Panel in understanding the common issues of fact presented in the BRCA Actions, the substantial inconveniences that would result to the parties and judiciary in the absence of transfer, and the associated risk of inconsistent pretrial rulings. Movants can also provide further details about the amount of work that Judge Shelby in the District of Utah has already invested in the cases

pending before him, and why the time he has already invested places him in the best position to oversee the BRCA Actions.

Respectfully submitted,

/s/ *Geoff D. Biegler*

Jonathan E. Singer
Geoff D. Biegler
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
*Attorneys For Movant*
***MYRIAD GENETICS, INC.***

David G. Mangum
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84111
(801) 532-1234
*Attorney For Movants*
***UNIVERSITY OF UTAH RESEARCH
FOUNDATION, THE TRUSTEES OF THE
UNIVERSITY OF PENNSYLVANIA, HSC
RESEARCH AND DEVELOPMENT LIMITED
PARTNERSHIP, ENDORECHERCHE, INC.,***

Dated: 12/11/2013                   ***AND MYRIAD GENETICS, INC.***